JS-6

1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**
9                **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 JOHN DOE, an individual, | Case No.: CV 18-1478-GW(ASx) |
| 12                      Plaintiff, | |
| 13    vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| 14 CITY OF PICO RIVERA, an incorporated California Municipality; and DOES 1 to 10, inclusive, | |
| 16                    Defendants. | |

18
19
20        The above-captioned action is hereby dismissed with prejudice pursuant to the
21   stipulation of the parties filed on July 24, 2018.
22
23   Dated: July 25, 2018
24                                    _____
25                                    Hon. George H. Wu
                                     United States District Judge
26
27
28